## John WALLACE v. STATE.
### No. 15746.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for possessing intoxicating liquor for the purpose of sale; the punishment, one year in the penitentiary.

It is made known to this court by affidavit of the sheriff of Panola county that since the

appeal to this court was perfected appellant has died.

It is the order of the court that the appeal be abated.